IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN ROMAN, ) <br> Defendant. ) <br> _____ ) | Case No. 10-40114-01-RDR |

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

**IT IS HEREBY ORDERED** that Thomas W. Bartee, Assistant Federal Public Defender, is allowed to withdraw his appearance as counsel for Juan Roman.

**IT IS FURTHER ORDERED** that the Clerk's Office shall remove Mr. Bartee's name from electronic notification list related to this case after the filing of this Order.

**IT IS SO ORDERED**.

Dated this 1st day of December, 2010.

 s/ Richard D. Rogers
HONORABLE RICHARD D. ROGERS
United States District Judge